**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Ahmad Devaki DOUGLAS, a/k/a Vakie,
a/k/a Vaki, Defendant–Appellant.**

No. 12–7286.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 20, 2012.

Decided: Nov. 27, 2012.

Ahmad Devaki Douglas, Appellant Pro Se., Donald David Gast, Assistant United States Attorney, Asheville, North Carolina; Karen S. Marston, Office of the United States Attorney, Charlotte, North Carolina, for Appellee.

Before TRAXLER, Chief Judge, and SHEDD and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ahmad Devaki Douglas appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Douglas,* No. 3:06–cr–00043–FDW–1 (W.D.N.C. May 16, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*